# EXHIBIT D

# Order Summary

Order placed August 18, 2025     Order # 114-3244951-7621044

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| ███████ ███████ NAPERVILLE, IL 60565-2234 United States | Visa ending in ███ [View related transactions] | Item(s) Subtotal: | $39.99 |
| | | Shipping & Handling: | $2.99 |
| | | Free Shipping: | -$2.99 |
| | | Total before tax: | $39.99 |
| | | Estimated tax to be collected: | $3.10 |
| | | **Grand Total:** | **$43.09** |

**Arriving overnight 7 AM – 11 AM**



The CapBox 2.0 (2 Pack Clear) Hat Organizer for Baseball Caps, Stackable Sliding Tray Hat Rack & Hat Holder Hat Hanger Cap Storage Container 2 Yr. Warranty Anti Tilting & Tray Stopper (Clear)
Sold by: Glasshouse Closets, INTL
Supplied by: Other
$39.99

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates