# EXHIBIT E

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY WORK PRODUCT**

TO WHOM IT MAY CONCERN

Non-Infringement Opinion on

STACKABLE STORAGE DEVICE FOR

HEADWEAR

US10,273,075 B2

Date: July 22, 2025

## Table of Contents

Coverpage                                                             1

Introduction                                                          3

(1) Description & Claims of the '075 Patent                           4

(2) Non-infringement Opinion to the '075 Patent                       5

Conclusion                                                            8

**Introduction**

On July 18, 2025, seller account Shengwan08 received a notification from Amazon. This notice informed the seller that Amazon removed a listing, **ASIN:B0FB3229TJ ,** because of the alleged infringement of the US10,273,075 B2 (the '075 Patent). The rights owner's name is THE CAP BOX and his/her email address is closetcasesllc@gmail.com, with Amazon Complaint ID 18111256021.

A storage device for headwear that includes an elongated container with side surfaces, top and bottom surfaces and a back surface that also features a drawer that can be slid in and out of the container through an opening at one end of the container. The opening is covered by a door featuring a magnet whose polarity is opposite that of another magnet embedded in the bottom surface of the container. The devices can be stacked one on top of another and magnets in the door of one device and the bottom surface of another device hod the door of one of the devices open. The container features one or more stops that contact the walls of the drawer to prevent it from being pulled out of the container. A horizontal flange limits the vertical movement of the drawer and cooperates with the stops to hold the drawer in place.

The accused product is a CAP BOX, with the corresponding **ASIN:B0FB3229TJ** . After research, this report concludes that the Accused Product do not infringe any claim of the '075 Patents.

3

**(1) Description & Claims of the '075 Patent**

Patent 075 explicitly indicates Kellen Brantley is acting as the applicant and assignee. Patent 075 is entitled "Stackable storage device for headwear" .

The application for the '075 Patent was filed on July 27, 2017. The '075 Patent issued on April 30, 2019.  Claims 1，11 and 15are the only independent claims of the '075 Patent. A device for headwear container in claim 1 includes: A stackable storage device for headwear comprising:an elongated container with a top surface,a bottom surface,two side surfaces,a back surface,an interior, an opening and a moveable door positioned to cover the opening when closed. According to claim 11, a silding drawer and at least one stop locate in the interior of the container and positioned to engage with the drawer as it slides along the bottom surface of the container.From claim 15, it can be inferred that a first magnet featured on the door and a second magnet located on the bottom of the container adjacent to the opening.

Accordingly, **All claims in the 075 patent require that all parts have specific devices to fix.**

4

### (2) Non-infringement Opinion to the '075 Patent

| The '075 Patent Claim 1 | The '075 Patent Claim 11 |
|---|---|
| 1. A stackable storage device for headwear comprising: an elongated container with a top surface, a bottom surface, two side surfaces, a back surface, an interior, an opening and a moveable door positioned to cover the opening when closed; wherein the top surface is shorter in length than the bottom surface; and an end of each of the side surfaces slopes down from the top surface to the bottom surface at an obtuse angle; a slidable drawer having a bottom, a front wall, a back wall and two side walls, the drawer being located in the interior of the container on the bottom surface of the container; and a horizontal flange located on each side surface in the interior of the container and positioned to contact the side walls of the drawer when the back wall of the drawer is raised. | 11. A stackable storage device for headwear comprising: an elongated container with a top surface, a bottom surface, two side surfaces, a back surface, an interior, an opening and a moveable door positioned to cover the opening when closed; a slidable drawer having a bottom, a front wall, a back wall and two side walls, the drawer being located in the interior of the container on the bottom surface of the container; a horizontal flange located on each side surface in the interior of the container and positioned to contact the side walls of the drawer when the back wall of the drawer is raised; and at least one stop located in the interior of the container and positioned to engage with the drawer as it slides along the bottom surface of the container. |
| **The '075 Patent Claim 15** | |
| 15. A stackable storage assembly for headwear comprising: at least two elongated containers each comprising: a top surface, a bottom surface, two side surfaces, a back surface, an interior, an opening and a moveable door positioned to cover the opening when closed; wherein the top surface is shorter in length than the bottom surface; and an end of each of the side surfaces slopes down from the top surface to the bottom surface at an obtuse angle; a first magnet featured on the door and a second magnet located on the bottom of the container adjacent to the opening; a slidable drawer having a bottom, a front wall, a back wall and two side walls, the drawer being located in the interior of the container on the bottom surface of the container; and a horizontal flange located on each side surface in the interior of the container and positioned to contact the side walls of the drawer when the back wall of the drawer is raised. | |

The Defendant's products are not connected in the same way as the products in the patent and have multiple parts with different functions and designs.

5

| Accused Product | The '075 Patent Exemplary Embodiment |
|---|---|
|  | |

The main difference between these two products lies in the fixing method at the connection point.

This patented 075 product uses a specific device for fixing at the connection, while the defendant's product is completely different.

| Accused Product | Claim 11 of The '075 Patent |
|---|---|
|  | 11. A stackable storage device for headwear comprising: an elongated container with a top surface, a bottom surface, two side surfaces, a back surface, an interior, an opening and a moveable door positioned to cover the opening when closed; a slidable drawer having a bottom, a front wall, a back wall and two side walls, the drawer being located in the interior of the container on the bottom surface of the container; a horizontal flange located on each side surface in the interior of the container and positioned to contact the side walls of the drawer when the back wall of the drawer is raised; and at least one stop located in the interior of the container and positioned to engage with the drawer as it slides along the bottom surface of the container. |

According to the Claim 11, the internal design of the 075 patent product includes a sliding drawer structure and is equipped with at least one stop; In contrast, the defendant's product

only has one sliding drawer and a small plastic slide rail inside, and there are significant differences between the two products



| Accused Product | The '075 Patent Exemplary Embodiment |
|---|---|
| | 15. A stackable storage assembly for headwear comprising:<br>at least two elongated containers each comprising:<br>a top surface, a bottom surface, two side surfaces, a back surface, an interior, an opening and a moveable door positioned to cover the opening when closed; wherein the top surface is shorter in length than the bottom surface; and an end of each of the side surfaces slopes down from the top surface to the bottom surface at an obtuse angle;<br>a first magnet featured on the door and a second magnet located on the bottom of the container adjacent to the opening;<br>a slidable drawer having a bottom, a front wall, a back wall and two side walls, the drawer being located in the interior of the container on the bottom surface of the container; and<br>a horizontal flange located on each side surface in the interior of the container and positioned to contact the side walls of the drawer when the back wall of the drawer is raised. |

The 075 patenet product have two magnets, a first magnet featured on the door and a second magnet located on the bottom of the container adjacent to the opening. The defendant product design ingeniously utilizes the weight of the door panels themselves, ensuring that the door of the hat box can be easily closed without magnetic attraction.

7

| Accused Product | The '075 Patent Exemplary Embodiment |
|---|---|
|  | |

The 075 patent product's the door features hinges at a top edge thereof that join the top edge of the door to the top surface of the container. The defendant product use movable and detachable board used as a door.

8

**Conclusion**

Based on the above arguments, the infringement allegations made by the owner of the '075 Patent against the Accused Product are unfounded.

Respectfully submitted,

Date: July 22, 2025          By: *Nitin Kaushik*

                                             */s/ Nitin Kaushik*

NITIN KAUSHIK
Regn. No. 80417

50 Lerer Lane
Staten Island, New York 10307
(908) 560-7265
nitin.insightw@gmail.com