IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Taizhou Shengwan Home Furnishing Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> NNOVATIVE CLOSET ACCESSORIES LLC, <br><br> Defendants. | Civil Action No.: <br><br><br> JURY TRIAL DEMAND |

DECLARATION OF HUAIMING XIA

I, Huaiming Xia, declare as follows:

1. My name is Huaiming Xia. I am over 18 years of age and competent to testify. If called as a witness, I could and would testify under oath to the matters set forth in this declaration, which are based on my personal knowledge.

2. I am the CEO of Taizhou Shengwan Home Furnishing Co., Ltd.. In that role, I am familiar with the design, function, and features of our products, including the CAP BOX (ASIN: B0FB3229TJ), which is the accused product in this case.

3. As part of my regular responsibilities, I also review records and available patent information to determine whether our products may implicate other patents. I am not a patent attorney or legal professional. My review is based on my understanding of our products and the publicly available information about the asserted patent.

4. I entrusted an U.S. Patent Attorney (Nitin, Kaushik. Reg.No 80,417) to review the claims of United States Patent No. 10,273,075 (the "'075 Patent") and compared them to the

2

accused product. Based on the attorney's review, it is the attorney's conclusion that the accused product does not infringe any claim of the '075 Patent.

5. Attached hereto as Exhibit E is a true and correct copy of the written notes and analysis the attorney prepared in connection with this review. Exhibit E reflects good-faith comparison of the asserted patent to the accused product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2025, at Taizhou China.

*Huaming Xia*

Huaiming Xia