IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Taizhou Shengwan Home Furnishing Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> NNOVATIVE CLOSET ACCESSORIES LLC, <br><br> Defendants. | Civil Action No.: 1:25-cv-10257 <br><br> JURY TRIAL DEMAND |

### DECLARATION OF ALEXANDER WARDEN IN SUPPORT OF PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT

I, Alexander Warden, declare as follows:

1. I am the attorney of record for Plaintiff Taizhou Shengwan Home Furnishing Co., Ltd.("Plaintiff"), in this action. I make this declaration in support of Plaintiff's Complaint for Declaratory Judgment of non-infringement of U.S. Patent No. 10,273,075 ("the '075 Patent"). Unless otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 10,273,075, entitled "Stackable Storage Device For Headwear."

3. Attached hereto as Exhibit B are true and correct copies of documents and correspondence reflecting Amazon's removal of Plaintiff's product listings based on allegations of infringement of the '075 Patent.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Amazon product listing for the CAP BOX, sold under ASIN B0FB3229TJ (the "Accused Product").

1

5. Attached hereto as Exhibit D is a true and correct copy of the transaction record reflecting a test purchase of Defendant's accused product.

6. Attached hereto as Exhibit E is a claim analysis chart prepared by Plaintiff, comparing the asserted claims of the '075 Patent with the design and operation of the Accused Product, demonstrating substantial differences between them.

7. I submit this declaration to authenticate the attached exhibits for the Court's consideration in connection with Plaintiff's request for declaratory relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 19, 2025                                    Respectfully submitted,

/s/ Alexander Warden
Alexander Warden, Esq. awarden@aplg.us
West Atlantic Law Firm, PLLC
104 West 40th Street, 4th and 5th Floor
New York, NY 10018
*Attorney for Plaintiff,*
*Taizhou Shengwan Home Furnishing Co., Ltd.,*